IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

KRISTINE JENSEN,

     Plaintiff,

v.                                            No. 21-cv-1182 KWR/SMV

PACIFICA ROSEMONT, LLC, d/b/a
PACIFICA SENIOR LIVING SANTA FE,
PACIFICA COMPANIES, LLC,
PACIFICA SENIOR LIVING, LLC,
PACIFICA SENIOR LIVING MANAGEMENT, LLC, and
DEEPAK ISRANI,

     Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**      March 15, 2022, at 9:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

      A telephonic status conference is set for **March 15, 2022, at 9:30 a.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

      **IT IS SO ORDERED.**

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**