IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOYCE LENZ, DECEASED,
BY THE PERSONAL REPRESENTATIVE
OF THE WRONGFUL DEATH ESTATE,
KRISTINE JENSEN,

      Plaintiff,

    v.                                    Case No. 1:21-cv-01182-KWR-SMV

PACIFICA ROSEMONT LLC, d/b/a
PACIFICA SENIOR LIVING SANTA FE,
PACIFICA COMPANIES LLC,
PACIFICA SENIOR LIVING LLC,
PACIFICA SENIOR LIVING MANAGEMENT LLC, and
DEEPAK ISRANI, President and CEO,

      Defendants.

## JUDGMENT

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Dismiss Pursuant to Rule 41(a)(1)(B)[1] (**Doc. 23**), filed March 7, 2022. Pursuant to the Court's Memorandum Opinion and Order (**Doc. 30**) and the parties' Joint Notice of Waiver of Attorney Fees and Costs (**Doc. 36**),

**IT IS ORDERED** and **ADJUDGED** that Plaintiff's Motion to Dismiss (**Doc. 23**) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**, thus disposing of this case in its entirety.

**IT IS SO ORDERED.**

                                              KEA W. RIGGS
                                              **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff cited Federal Rule of Civil Procedure 41(a)(1)(B), but a review of Plaintiff's pleadings shows that she intended to invoke Rule 41(a)(2).